PROB 12C
(6/16)

Report Date: May 31, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 03, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Mills    Case Number: 0980 4:23CR06033-SAB-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Kennewick, Washington 99336

Name of Sentencing Judicial Officer: The Honorable Marco A. Hernandez, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: July 31, 2020

| | | |
|---|---|---|
| Original Offense: | Ct. 1: Bank Fraud, 18 U.S.C. § 1344(2)<br>Ct. 2: Aggravated Identity Theft, 18 U.S.C. § 1028A(a)(1) | |
| Original Sentence: | Prison - 36 months;<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | TBD | Date Supervision Commenced: January 13, 2023 |
| Defense Attorney: | TBD | Date Supervision Expires: January 12, 2028 |

## PETITIONING THE COURT

To issue a summons.

On January 18, 2023, and on May 2, 2024, conditions of supervised release were reviewed with Mr. Mills. Mr. Mills signed a copy of his conditions, verbalized understanding his requirements, and was provided copies. On November 29, 2023, transfer of jurisdiction from the District of Oregon to the Eastern District of Washington was completed.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 6**: You must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption, except with the prior approval of the probation officer.<br><br>**Supporting Evidence**: Mr. Mills is considered to be in violation of his term of supervised release by having used a controlled substance, methamphetamine, on or about April 26, to April 27, 2024.<br><br>On April 29, 2024, United States Probation Officer Leavitt informed the U.S. Probation Office in Richland, Washington, that Mr. Mills was trespassed from a bar on April 26, 2024, in Kennewick, Washington. Mr. Mills was directed to report to the U.S. Probation Office on May 2, 2024, for urinalysis testing. |

Prob12C
Re: Mills, Anthony
May 31, 2024
Page 2

On May 1, 2024, Mr. Mills self admitted to U.S. Probation Officer Linda Leavitt in writing via an email that he had relapsed on April 26, 2024.

On May 2, 2024, Mr. Mills reported to the probation office as instructed. Mr. Mills submitted a urine sample at the U.S. Probation Office that was presumptive positive for methamphetamine. During this office visit, Mr. Mills self admitted verbally to the undersigned officer his used on April 26 and 27, 2024, and he completed the drug admission form. On May 8, 2024, the lab report confirmed the urine sample taken on May 2, 2024, was positive for methamphetamine.

2    **Special Condition # 6**: You must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption, except with the prior approval of the probation officer.

**Supporting Evidence**: Mr. Mills is considered to be in violation of his term of supervised release by having used a controlled substance, methamphetamine, on or about May 27, 2024.

On May 28, 2024, Mr. Mills reported to the probation office as instructed. Mr. Mills submitted a urine sample at the U.S. Probation Office that was presumptive positive for methamphetamine. During this office visit, Mr. Mills self admitted his use verbally to the undersigned officer, indicated he last used on May 27, 2024, and he completed the drug admission form. The urine sample was sent to Abbott Laboratory on this date for confirmation, results are still pending.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 31, 2024

s/Jose Valencia

Jose Valencia
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

6/3/2024

Date