PROB 12C
(6/16)

Report Date: June 28, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 28, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Mills                    Case Number: 0980 4:23CR06033-SAB-1

Address of Offender: ▮▮▮▮▮▮▮▮, Kennewick, Washington 99336

Name of Sentencing Judicial Officer: The Honorable Marco A. Hernandez, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: July 31, 2020

| | | |
|---|---|---|
| Original Offense: | Ct. 1: Bank Fraud, 18 U.S.C. § 1344(2)<br>Ct. 2: Aggravated Identity Theft, 18 U.S.C. § 1028A(a)(1) | |
| Original Sentence: | Prison - 36 months:<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Brandon L. Pang | Date Supervision Commenced: January 13, 2023 |
| Defense Attorney: | Jennifer R. Barnes | Date Supervision Expires: January 12, 2028 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 5/31/2024.

On January 18, 2023, and on May 2, 2024, conditions of supervised release were reviewed with Mr. Mills. Mr. Mills signed a copy of his conditions, verbalized understanding his requirements, and was provided copies. On November 29, 2023, transfer of jurisdiction from the District of Oregon to the Eastern District of Washington was completed.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 6:** You must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption, except with the prior approval of the probation officer.<br><br>**Supporting Evidence:** Mr. Mills is considered to be in violation of his term of supervised release by having used a controlled substance, methamphetamine, on or about June 17, 2024.<br><br>On June 17, 2024, Mr. Mills reported to the probation office as instructed. Mr. Mills submitted a urine sample at the U.S. Probation Office that was presumptive positive for methamphetamine. During this office visit, the undersigned officer asked Mr. Mills if he had a recent relapse and Mr. Mills stated, "I haven't used in over 2 weeks, I'm clean man." The |

Prob12C
Re: Mills, Anthony
June 28, 2024
Page 2

urine sample was sent to Abbott Laboratory on this date for confirmation. On June 27, 2024, the lab report confirmed the urine sample taken on June 17, 2024, was positive for methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 28, 2024

s/Jose Valencia

Jose Valencia
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Stanley A. Bastian

Signature of Judicial Officer

6/28/2024
Date