PROB 12C
(6/16)

Report Date: August 20, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 21, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Mills                Case Number: 0980 4:23CR06033-SAB-1

Address of Offender: ▮▮▮▮▮▮▮▮ Kennewick, Washington 99336

Name of Sentencing Judicial Officer: The Honorable Marco A. Hernandez, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: July 31, 2020

| | |
|---|---|
| Original Offense: | Bank Fraud, 18 U.S.C. § 1344(2)<br>Aggravated Identity Theft, 18 U.S.C. § 1028A(a)(1) |
| Original Sentence: | Prison - 36 months; TSR - 60 months |
| Asst. U.S. Attorney: | Brandon L. Pang |
| Defense Attorney: | Jennifer R. Barnes |

Type of Supervision: Supervised Release

Date Supervision Commenced: January 13, 2023

Date Supervision Expires: January 12, 2028

---

### PETITIONING THE COURT

To issue a warrant.

On January 28, 2023, and on May 2, 2024, conditions of supervised release were reviewed with Mr. Mills. Mr. Mills signed a copy of his conditions, verbalizing understanding his requirements, and was provided copies. On November 29, 2023, transfer of jurisdiction from the District of Oregon to the Eastern District of Washington was completed.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: Mr. Mills is considered to be in violation of his term of supervised release by failing to report to United States Probation as directed on or about August 15, 2024.<br><br>On August 14, 2024, the undersigned officer sent Mr. Mills a text message directing him to report to the United States Probation Office on Thursday, August 15, 2024, at 10 a.m. so he could meet his new United States Probation Officer, Maria Balles, and be officially accepted into the STEP program in Richland, Washington. |

Prob12C
**Re: Mills, Anthony**
**August 20, 2024**
Page 2

On August 15, 2024, the undersigned officer was informed by the STEP team that Mr. Mills was a "no show." The undersigned officer attempted to make telephone contact with Mr. Mills, but was unsuccessful. To date, Mr. Mills has not attempted to contact the undersigned officer or report to the U.S. Probation Office.

On August 16, 2024, the undersigned officer conducted a home visit at Mr. Mills residence, which was unsuccessful. At this time, Mr. Mills' whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   s/Jose Valencia

August 20, 2024

Jose Valencia
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Stanley A. Bastian*
Signature of Judicial Officer

8/21/2024
Date