PROB 12C
(6/16)

Report Date: December 19, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 20, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Mills         Case Number: 0980 4:23CR06033-SAB-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Kennewick, Washington 99336

Name of Sentencing Judicial Officer: The Honorable Marco A. Hernandez, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: July 31, 2020
Date of Revocation Sentence: October 21, 2024

| | |
|---|---|
| Original Offense: | Bank Fraud, 18 U.S.C. § 1344(2) and Aggravated Identity Theft, 18 U.S.C. § 1028A(a)(1) |
| Original Sentence: | Prison - 36 months<br>TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(October 21, 2024) | Prison - time served<br>TSR - 60 months |
| Asst. U.S. Attorney: | Brandon L. Pang |
| | Date Supervision Commenced: October 21, 2024 |
| Defense Attorney: | Jennifer R. Barnes |
| | Date Supervision Expires: September 20, 2029 |

## PETITIONING THE COURT

To issue a warrant

On October 23, 2024, the defendant's conditions of supervised release were reviewed with and accepted by Mr. Mills. He signed a copy of his conditions, verbalized understanding his requirements, and was provided copies. On November 6, 2023, Mr. Mills' conditions were again reviewed with him and he signed a copy of his conditions as well as verbalizing understanding his conditions of supervised release.

Mr. Mills entered the Sobriety Treatment and Education Program (STEP) on November 12, 2024. He opted out of STEP on December 19, 2024.

The probation officer believes that the offender has violated the following conditions(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.<br><br>**Supporting Evidence**: Mr. Mills is considered to be in violation of his conditions of supervised release by using controlled substances; methamphetamine, amphetamine, and fentanyl, on or between November 13, and 21, 2024. |

Prob12C
**Re: Mills, Anthony**
**December 19, 2024**
**Page 2**

On November 13, 2024, Mr. Mills was placed on a sweat patch for substance use testing as he had a stint placed in his urethra from medical issues. The sweat patch was placed on his right upper arm. On November 21, 2024, Mr. Mills's sweat patch was removed as it appeared to be tampered with. That sweat patch was secured and sent to the Clinical Reference Laboratory for testing.

Results were received on December 7, 2024, confirming the sweat patch was positive for amphetamine, methamphetamine and fentanyl.

Mr. Mills opted out of STEP on December 19, 2024, before the violation could be adjudicated by the Court.

2 **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: Mr. Mills is considered to be in violation of his conditions of supervised release by using a controlled substance, methamphetamine, on or about December 2, 2024.

After attending STEP on December 5, 2024, the defendant reported to the probation office. During this meeting, Mr. Mills admitted he was not truthful in STEP and confessed to ingesting methamphetamine.

3 **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: Mr. Mills is considered to be in violation of his conditions of supervised release by using a controlled substance, methamphetamine, fentanyl, MDMA, cocaine, and amphetamine, on or about December 15, 2024.

On December 16, 2024, Mr. Mills attended Life Renewal for random urinalysis testing. The sample he submitted was positive for methamphetamine, fentanyl, MDMA, cocaine and amphetamine. He signed a drug use admission form admitting to using these substance on or about December 15, 2024.

Mr. Mills contacted his supervising officer on December 16, 2024, by text message, and admitted to relapsing the previous night.

Prob12C
**Re: Mills, Anthony**
**December 19, 2024**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/19/2024

s/Dan M. Manning

Dan M. Manning
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Stanley A. Bastian*
Signature of Judicial Officer

12/20/2024
Date