PROB 12C
(6/16)

Report Date: January 23, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 23, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Mills                Case Number: 0980 4:23CR06033-SAB-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Kennewick, Washington 99336

Name of Sentencing Judicial Officer:  The Honorable Marco A. Hernandez, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: July 31, 2020

| | |
|---|---|
| Original Offense: | Bank Fraud, 18 U.S.C. § 1344(2); Aggravated Identity Theft, 18 U.S.C. § 1028A(a)(1) |
| Original Sentence: | Prison - 36 months / TSR - 60 months |
| Type of Supervision: | Supervised Release |
| Revocation Sentence: (October 21, 2024) | Prison- Time Served (31 days) / TSR- 59 months |
| Asst. U.S. Attorney: | Brandon L. Pang |
| Date Supervision Commenced: | October 21, 2024 |
| Defense Attorney: | Craig Donald Webster |
| Date Supervision Expires: | September 20, 2029 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 12/19/2024.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Mills is considered to be in violation of his conditions of supervised release by using a controlled substance, methamphetamine, on or about December 19, 2024.<br><br>On December 19, 2024, Mr. Mills attended Life Renewal for random urinalysis testing. The sample he submitted was presumptive positive for methamphetamine and amphetamine. The urine sample was sent to Abbott Laboratory for confirmation. On January 3, 2025, Abbott Laboratory confirmed the urine sample to be positive for methamphetamine and amphetamine. |

Prob12C
Re: Mills, Anthony
January 23, 2025
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 23, 2025

s/Jose Valencia

Jose Valencia
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

1/23/2025
Date